# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BECKHAM,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| | : | No. 20-5398 |
| v. | : | |
| | : | |
| **ERIC TICE, et al.,** | : | |
| Respondents. | : | |

## ORDER

This 29th day of September, 2022, upon careful review of the Report and Recommendation ("R&R") issued by the Honorable Pamela A. Carlos (ECF 33), it is hereby **ORDERED** that:

1. The R&R is **ADOPTED** as supplemented by the memorandum accompanying this Order.

2. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED** with prejudice, and without issuance of a Certificate of Appealability.

3. The Clerk of Court shall mark this case as **CLOSED**.

                                                      /s/ Gerald Austin McHugh
                                                      United States District Judge